O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ELEAZOR G. DUARTE,

                Plaintiff,

          v.

CAROLYN W. COLVIN,[1]
Acting Commissioner of Social
Security,

                Defendant.

NO. EDCV 12-01888-MAN

JUDGMENT

Pursuant to the Court's Memorandum Opinion and Order,

IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATED:  November 5, 2013

_Margaret A. Nagle_

_____
MARGARET A. NAGLE
UNITED STATES MAGISTRATE JUDGE

---

[1]    Carolyn W. Colvin became the Acting Commissioner of the Social Security Administration on February 14, 2013, and is substituted in place of former Commissioner Michael J. Astrue as the defendant in this action.  (See Fed. R. Civ. P. 25(d).)